AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Groove Networks, Inc.

V.

Leostream Corporation, David Crosbie, Michael Palin, and Boris Boruchovich

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04civ10899 PBS

TO: (Name and address of Defendant)

Boris Boruchovich
3 Fern Way
Bedford, MA 01730-2103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ben T. Clements
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK                                                     5-6-04
                                                          DATE
Pat Russo
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | May 07, 2004 |
|---|---|---|
| NAME OF SERVER  BRIAN DOYLE | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   7 NEW ENGLAND EXECUTIVE PARK, BURLINGTON , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____ , MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
   Duly Authorized Agent for the within-named _____
   Said service was made at:
   _____ , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 20.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 07, 2004            *Brian Doyle*
                  Date                    Signature of Server

                                      One Devonshire Place, Boston, Massachusetts
                                      Address of Server

**ADDITIONAL INFORMATION**
   PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | | FEE |
|---|---|---|---|---|
| PLEASE NOTE THAT PROCESS SERVER WAS NOT ABLE TO LOCATE LEOSTREAM CORP. SAID | | | | $ _____ |
| COMPANY IS LISTED AS BRAINSHARK, INC. WHERE SERVICE WAS MADE AS STATED ABOVE. | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**           One Devonshire Place        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    Boston, MA 02109            Fax #       (617) 720-5737