AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Groove Networks, Inc.

V.

Leostream Corporation, David
Crosbie, Michael Palin, and
Boris Boruchovich

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04-10899 PBS

TO: (Name and address of Defendant)

Leostream Corporation
7 New England Executive Park
Burlington, MA 01803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ben T. Clements
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                5-6-04

CLERK                                       DATE

_Pat Russo_

(By) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me (1)

| | |
|---|---|
| NAME OF SERVER: BRIAN DOYLE | DATE: May 07, 2004 |
| | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to MR. MICHAEL PALIN Duly Authorized Agent for the within-named LEOSTREAM CORPORATION

Said service was made at: 7 NEW ENGLAND EXECUTIVE PARK, BURLINGTON, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE $ 20.00    Trips _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 07, 2004

Signature of Server: [signed] Brian Doyle

Address of Server: One Devonshire Place, Boston, Massachusetts

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | PLEASE NOTE THAT PROCESS SERVER WAS NOT ABLE TO LOCATE LEOSTREAM CORP. SAID COMPANY IS LISTED AS BRAINSHARK, INC. WHERE SERVICE WAS MADE AS STATED ABOVE. | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | TOTAL | $ ____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737