UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 12: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

GROVE NETWORKS, INC.,
Plaintiff,

v.

LEOSTREAM CORPORATION, DAVID CROSBIE,
MICHAEL PALIN, AND BORIS BORUCHOVICH,
Defendants

C.A. NO. 04-10899PBS

## ASSENTED TO MOTION TO EXTEND TIME
## TO RESPOND TO THE COMPLAINT

Leostream Corporation, David Crosbie, Michael Palin, and Boris Bouchovich (hereinafter collectively referred to as "Defendants") respectfully request that this Court extend the time for the Defendants to answer or otherwise respond to the Complaint for two (2) weeks, namely until and including June 10, 2004. Grant of this motion would not result in the continuance of any currently scheduled hearing, conference, or trial, and the extension of time may help the parties settle the case.

The Plaintiff, by its counsel, has assented to this Motion.

WHEREFORE, the Defendants respectfully request that the Court extend the time to answer or respond to the Complaint until and including June 10, 2004.

Respectfully submitted,
Defendants Leostream Corporation,
David Crosbie, Michael Palin, and Boris
Boruchovich,
By their attorneys,

Kirk Teska
BBO# 559,192
Iandiorio & Teska
260 Bear Hill Road
Waltham, MA 02451-1018
Tel: (781) 890-5678
Fax: (781) 890-1150

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Ben T. Clements, Esq., Clements & Clements LLP, 50 Federal Street, Boston, MA 02110, counsel of record for the Plaintiff Groove Networks, Inc., by mailing the same via first class mail on  5/25/04  .

Kirk Teska