UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date 6-10-04
By CMK
Deputy Clerk

GROOVE NETWORKS, INC.     )
                          )
     Plaintiff,           )    CIVIL ACTION NO.
                          )    04-10899-PBS
     v.                   )
                          )
LEOSTREAM CORPORATION,    )
DAVID CROSBIE, MICHAEL PALIN )
AND BORIS BORUCHOVICH     )
                          )
     Defendants           )
                          )

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LEOSTREAM CORPORATION

The Defendant Leostream Corporation submits this CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.3. Leostream Corporation has no parent corporation and no publicly held company owns 10% or more of the stock of Leostream Corporation.

Date: June 7, 2004

Respectfully submitted,
Attorneys for Defendants
Leostream Corporation

Kirk Teska
BBO# 559,192
Roy J. Coleman
BBO# 652,243
IANDIORIO & TESKA
260 Bear Hill Road
Waltham, MA 02451
(781) 890-5678 Telephone
(781) 890-1150 Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Answer was served upon Ben T. Clements, Esq., Clements & Clements, LLP, 50 Federal Street, Boston, MA 02110, counsel of record for the Plaintiff Groove Networks, Inc. by mailing the same via first class mail on June 9, 2004.

Roy J. Coleman, Esq.