UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 22 P 4:00

U.S. DISTRICT COURT
DISTRICT OF MASS.

GROOVE NETWORKS, INC.,

Plaintiff,

vs.

LEOSTREAM CORPORATION,
DAVID CROSBIE, MICHAEL PALIN,
and BORIS BORUCHOVICH,

Defendants.

Civil Action No. 04-10899-PBS

### GROOVE NETWORKS' ASSENTED-TO MOTION FOR ADDITIONAL TIME TO RESPOND TO "DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FOR STAY PENDING ARBITRATION" AND TO RESPOND TO COUNTERCLAIM

Pursuant to Local Rule 7.1, plaintiff Groove Networks, Inc. ("Groove Networks") requests that the Court extend the time for Groove Networks to respond to the Defendants' Motion to Compel Arbitration and for a Stay and to respond to the defendants' counterclaim until July 14, 2004. As grounds for this Motion, Groove Networks states:

1. The extension of time will not result in any delay of any scheduled hearing or other matter in the case;

2. The extension of time will facilitate certain discussions between the parties that may narrow or eliminate the issues raised in the defendants' motion; and

3. The defendants, through their counsel, Kirk Teska, have assented to this Motion for Additional time.

Wherefore, plaintiff Groove Networks respectfully requests that the Court enlarge the time for Groove Networks to respond to the defendants' Motion to Compel Arbitration and for a Stay and to respond to the Counterclaim until July 14, 2004.

Respectfully submitted,

GROOVE NETWORKS, INC.,

By its attorneys:

Ben T. Clements, BBO # 555802
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110
(617) 451-1800

## CERTIFICATE OF SERVICE

I, Ben T. Clements, certify that I have caused a copy of the foregoing to be served on counsel for the defendants, Kirk Teska, Iandiorio & Teska, 260 Bear Hill Road, Waltham, MA 02451-1081, by mail on June 22, 2004.

Ben T. Clements