UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GROOVE NETWORKS, INC.,

Plaintiff,

vs.

Civil Action No. 04-10899-PBS

LEOSTREAM CORPORATION,
DAVID CROSBIE, MICHAEL PALIN,
and BORIS BORUCHOVICH,

Defendants.

JOINT MOTION (1) FOR ADDITIONAL TIME FOR GROOVE NETWORKS TO
RESPOND TO "DEFENDANTS' MOTION TO COMPEL
ARBITRATION AND FOR STAY PENDING ARBITRATION"
AND TO RESPOND TO COUNTERCLAIM AND
(2) TO CONTINUE SCHEDULING CONFERENCE

Pursuant to Local Rule 7.1, the parties jointly request that the Court further extend

the time for Groove Networks, Inc., to respond to the Defendants' Motion to Compel

Arbitration and for a Stay and to respond to the defendants' counterclaim until August

26, 2004. The parties further request that the Court continue the Scheduling Conference,

currently scheduled for August 11, 2004, to a date after August 26, 2004. As grounds for

this Motion, the parties state:

1.    The parties are continuing discussions in an effort to determine if the case

may be resolved and have agreed on a schedule to exchange certain information and

settlement proposals as part of that process;

2.    The proposed extension of time will facilitate this process and may enable

the parties to narrow or eliminate issues raised in the defendants' motion;

3.    Counsel for Groove Networks, Inc., is scheduled to be out of state on

August 11, 2004, the currently scheduled date for the Scheduling Conference; and

4.    The proposed extension will not unduly delay the proceedings in this case.

Wherefore, the parties jointly request that the Court: (1) enlarge the time for

Groove Networks to respond to the defendants' Motion to Compel Arbitration and for a

Stay and to respond to the Counterclaim until August 26, 2004, and (2) continue the

Scheduling Conference to a date after August 26, 2004.


Respectfully submitted,

GROOVE NETWORKS, INC.,

By its attorneys:

Ben T. Clements, BBO # 555802
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110
(617) 451-1800


LEOSTREAM CORPORATION
DAVID CROSBIE
MICHAEL PALIN
BORIS BORUCHOVICH

By their attorneys:

Kirk Teska (By BTC)
Kirk Teska
Iandiorio & Teska
260 Bear Hill Road
Waltham, MA 02451
(781) 890-5678


2

## CERTIFICATE OF SERVICE

I, Ben T. Clements, certify that I have caused a copy of the foregoing to be served on counsel for the defendants, Kirk Teska, Iandiorio & Teska, 260 Bear Hill Road, Waltham, MA 02451-1081, by mail on July 7, 2004.

Ben T. Clements

# CLEMENTS & CLEMENTS, LLP
## 50 FEDERAL STREET
## BOSTON, MASSACHUSETTS 02110

Ben T. Clements
bclements@clementsllp.com

Phone:  (617) 451-1803
Fax:      (617) 451-6060

July 7, 2004

**BY HAND DELIVERY**

Clerk of Court
United States District Court for the
 District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:    Groove Networks, Inc. v. Leostream Corporation, David Crosbie,
       **Michael Palin, and Boris Boruchovich**, Civil Action No. 04-10899-PBS

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter are the following:

1.  Joint Motion (1) For Additional Time for Groove Networks to Respond to
    "Defendants' Motion to Compel Arbitration and for Stay Pending Arbitration"
    and to Respond to Counterclaim and (2) To Continue Scheduling Conference;
    and

2.  Corporate Disclosure Statement of Plaintiff Groove Networks, Inc.

Please acknowledge receipt of these documents by date stamping the enclosed
copy of this letter and returning it with our messenger. Thank you for your assistance in
this matter.

Sincerely,

Ben T. Clements /mjp

Ben T. Clements

cc: Kirk Teska, Esq. (by mail)