UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GROOVE NETWORKS, INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>LEOSTREAM CORPORATION,<br>DAVID CROSBIE, MICHAEL PALIN,<br>and BORIS BORUCHOVICH,<br><br>          Defendants. | Civil Action No. 04-10899-PBS |

**CORPORATE DISCLOSURE STATEMENT
OF PLAINTIFF GROOVE NETWORKS, INC.**

Pursuant to Local Rule 7.3, plaintiff Groove Networks, Inc. ("Groove Networks") submits this Corporate Disclosure Statement. Groove Networks has no parent corporation. Microsoft Corporation, a publicly traded company, owns more than 10% of Groove Networks' stock.

Respectfully submitted,

GROOVE NETWORKS, INC.,

By its attorneys:

/s/ Ben T. Clements
Ben T. Clements, BBO # 555802
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110
(617) 451-1800

## CERTIFICATE OF SERVICE

      I, Ben T. Clements, certify that I have caused a copy of the foregoing to be served on counsel for the defendants, Kirk Teska, Iandiorio & Teska, 260 Bear Hill Road, Waltham, MA 02451-1081, by mail on July 7, 2004.

_____
Ben T. Clements