UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GROOVE NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LEOSTREAM CORPORATION, DAVID CROSBIE, MICHAEL PALIN, and BORIS BORUCHOVICH, <br><br> Defendants. | Civil Action No. 04-10899-PBS |

## ASSENT OF GROOVE NETWORKS, INC. TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FOR STAY PENDING ARBITRATION

Pursuant to Local Rule 7.1, defendant Groove Networks, Inc. hereby assents to the defendants' Motion to Compel Arbitration and For Stay Pending Arbitration. Groove Networks reserves the right to seek further relief from Court prior to completion of the arbitration as may be necessary in aid of the arbitration or as otherwise appropriate.

Respectfully submitted,

GROOVE NETWORKS, INC.,

By its attorneys:

_____
Ben T. Clements, BBO # 555802
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110
(617) 451-1800

## CERTIFICATE OF SERVICE

I, Ben T. Clements, certify that I have caused a copy of the foregoing to be served on counsel for the defendants, Kirk Teska, Iandiorio & Teska, 260 Bear Hill Road, Waltham, MA 02451-1081, by mail on August 25, 2004.

_____
Ben T. Clements