# CLEMENTS & CLEMENTS, LLP
## 50 FEDERAL STREET
## BOSTON, MASSACHUSETTS 02110

Ben T. Clements
bclements@clementsLLP.com

Phone: (617) 451-1803
Fax:   (617) 451-6060

September 10, 2004

**BY FAX (617-748-9096) and MAIL**

Robert Alba
Deputy Clerk to Honorable Patti B. Saris
United States District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Groove Networks, Inc. v. Leostream Corporation, David Crosbie, Michael Palin, and Boris Boruchovich, Civil Action No. 04-10899-PBS

Dear Mr. Alba:

This is to confirm that in accordance with the Court's orders staying this action pending arbitration, the above-referenced case has been administratively closed and the hearing previously scheduled for today at 3:30 p.m. has been cancelled. I also understand that although the case has been administratively closed, it will remain pending on the docket and that the parties may file any necessary motions under the same docket number.

Thank you again for your assistance in this matter.

Sincerely,

Ben T. Clements

cc: Kirk Teska, Esq. (by Fax)