UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GROOVE NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LEOSTREAM CORPORATION, <br> DAVID CROSBIE, MICHAEL PALIN, <br> and BORIS BORUCHOVICH, <br><br> Defendants. | CIVIL ACTION <br> NO. 04-10899-PBS |

## MOTION TO RE-OPEN PROCEEDINGS FOR FILING OF MOTION FOR SUMMARY JUDGMENT AND ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT BORIS BORUCHOVICH AND TO DROP MR. BORUCHOVICH AS A PARTY

Pursuant to a court order dated September 7, 2004, the subject case is administratively closed. Defendant Boris Boruchovich hereby moves to re-open the above captioned case solely for the purpose of filing a Motion for Summary Judgment in Favor of Defendant Boris Boruchovich and to Drop Mr. Boruchovich as a Party Pursuant to Fed.R.Civ.P. Rule 21. Said Motion is filed concurrently herewith.

Respectfully submitted,
Attorneys for Defendants

_____
Kirk Teska
BBO# 559192

_____
Roy J. Coleman
BBO# 652,243

IANDIORIO & TESKA
260 Bear Hill Road
Waltham, MA 02451
(781) 890-5678 Telephone
(781) 890-1150 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Motion was served upon Ben T. Clements, Esq., Clements & Clements, LLP, 50 Federal Street, Boston, MA 02110, counsel of record for the Plaintiff Groove Networks, Inc. by mailing the same via first class mail on _____, 2004.

_____
Roy J. Coleman, Esq.