UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 SEP 30  P 3:31

U.S. DISTRICT COURT
DISTRICT OF MASS.

GROOVE NETWORKS, INC.,

Plaintiff,

vs.

LEOSTREAM CORPORATION,
DAVID CROSBIE, MICHAEL PALIN,
and BORIS BORUCHOVICH,

Defendants.

Civil Action No. 04-10899-PBS

## GROOVE NETWORKS' MOTION TO VACATE ARBITRATION AND STAY ORDER

Plaintiff Groove Networks, Inc. ("Groove Networks") moves for an Order vacating the Court's Order of September 8, 2004, compelling arbitration of Groove Networks' claims against defendant Boris Boruchovich ("Boruchovich") and staying the litigation ("the Arbitration and Stay Order").

The Arbitration and Stay Order should be vacated because:

(1)     Boruchovich obtained the Arbitration and Stay Order with the assent of Groove Networks, by misleading Groove Networks into believing that the litigation would be stayed and that Groove Networks would not be forced to incur the cost of litigating the issue of what forum the dispute should be heard in and the cost of arbitrating some claims while simultaneously litigating others; and

(2)     Boruchovich has waived his right to arbitration by asking this Court to set aside the stay, filing his summary judgment motion, and seeking to adjudicate his

purported Counterclaim in this Court -- conduct that is both inconsistent with the invocation of arbitration and prejudicial to Groove Networks.

In support of this Motion, Groove Networks submits herewith its Consolidated Memorandum in Support of Motion to Vacate Arbitration and Stay Order; in Support of Motion to Dismiss Counterclaim and Request for Attorney Fees; and in Opposition to Motion for Summary Judgment; and the Affidavit of Ben T. Clements.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Groove Networks requests oral argument on this Motion.

Respectfully submitted,

GROOVE NETWORKS, INC.,

By its attorneys:

_____
Ben T. Clements, BBO # 555802
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110
(617) 451-1800

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Ben T. Clements, certify that on September 30, 2004, I conferred with counsel for the defendants, Roy Coleman and attempted in good faith to resolve or narrow the issues raised by this motion.

_____
Ben T. Clements

## CERTIFICATE OF SERVICE

I, Ben T. Clements, certify that I have caused a copy of the foregoing to be served on counsel for the defendants, Kirk Teska, Iandiorio & Teska, 260 Bear Hill Road, Waltham, MA 02451-1081, by mail on September 30, 2004.

_____
Ben T. Clements

3