UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GROOVE NETWORKS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LEOSTREAM CORPORATION,<br>DAVID CROSBIE, MICHAEL PALIN,<br>and BORIS BORUCHOVICH,<br><br>Defendants. | Civil Action No. 04-10899-PBS |

### GROOVE NETWORKS' MOTION TO DISMISS COUNTERCLAIM WITH PREJUDICE AND REQUEST FOR ATTORNEY FEES

Plaintiff Groove Networks, Inc. ("Groove Networks") moves pursuant to Federal Rule of Civil Procedure 12(c) and the Massachusetts anti-SLAAP statute, M.G.L. c. 231, §59H, to dismiss the Counterclaim of defendant Boris Boruchovich ("Boruchovich"). The Counterclaim alleges that the claims asserted by Groove Networks against Boruchovich in the Complaint are subject to an arbitration clause in the parties' Nondisclosure, Invention and Noncompetition Agreement ("the Agreement"), and that Groove Networks breached the Agreement by filing this lawsuit. The Counterclaim fails as a matter of law and should be dismissed with prejudice because:

(1) As a matter of law, under the undisputed contractual language and the Massachusetts and Federal Arbitration Acts, Groove Networks did not breach the Agreement by filing this action;

(2) Boruchovich's Counterclaim is based solely on Groove Networks' action in petitioning this Court to enforce its contractual, common law and statutory rights, and,

as such, is barred by the Massachusetts anti-SLAAP statute, M.G.L. c. 231, §59H, and should be dismissed in accordance with that statute; and

(3) Boruchovich has not established and, as a matter of law, cannot establish, that he has suffered any actual damages as a result of the alleged breach.

Groove Networks further requests that the Court award Groove Networks its attorney fees incurred in responding to the Counterclaim, pursuing this Motion, and opposing Boruchovich's motion for summary judgment on the Counterclaim, based on the mandatory attorney fee provision in the anti-SLAAP statute, M.G.L. c. 231, §59H, as well as Boruchovich's conduct in filing his summary judgment motion in contravention of the Court's arbitration and stay Order.

In support of this Motion, Groove Networks submits herewith its Consolidated Memorandum in Support of Motion to Vacate Arbitration and Stay Order; in Support of Motion to Dismiss Counterclaim and Request for Attorney Fees; and in Opposition to Motion for Summary Judgment; and the Affidavit of Ben T. Clements.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Groove Networks requests oral argument on this Motion.

Respectfully submitted,

GROOVE NETWORKS, INC.,

By its attorneys:

_____
Ben T. Clements, BBO # 555802
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110
(617) 451-1800

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Ben T. Clements, certify that on September 30, 2004, I conferred with counsel for the defendants, Roy Coleman, and attempted in good faith to resolve or narrow the issues raised by this motion.

_____
Ben T. Clements

## CERTIFICATE OF SERVICE

I, Ben T. Clements, certify that I have caused a copy of the foregoing to be served on counsel for the defendants, Kirk Teska, Iandiorio & Teska, 260 Bear Hill Road, Waltham, MA 02451-1081, by mail on September 30, 2004.

_____
Ben T. Clements

3