UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
GROOVE NETWORKS, INC.,         )
              Plaintiff,       )
                               )
         v.                    )   CIVIL ACTION NO. 04-10899-PBS
                               )
LEOSTREAM CORPORATION, DAVID   )
 CROSBIE, MICHAEL PALIN, and   )
 BORIS BORUCHOVICH,            )
              Defendants.      )
_____)
```

**<u>ORDER</u>**

January 13, 2004

Saris, U.S.D.J.

On September 7, 2004, this Court allowed an assented-to motion to compel arbitration and for stay pending arbitration filed by defendant Boruchovich and the other defendants (Docket No. 10).  The case was administratively closed pending arbitration.  Inexplicably, on September 17, 2004, Boruchovich moved to reopen the case for purposes of filing a motion for summary judgment and to drop Boruchovich as a party.  The gist of the motion for summary judgment is that the "agreement mandates arbitration and by filing an action in this court rather [sic] pursuing arbitration, Plaintiff is in breach of the agreement." Boruchovich can't have it both ways.  If the arbitration agreement is in effect, he must arbitrate.  The fact that plaintiff assented to the motion to reopen demonstrates that plaintiff was not in breach of the contract.

The Court also **DENIES** the motion to vacate arbitration and stay order filed by Groove Networks, as well as the motion to dismiss counterclaim (without prejudice as to the latter) (Docket Nos. 19 and 20).

The parties shall stop skirmishing and arbitrate in good faith.

**S/PATTI B. SARIS**
United States District Judge