UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GROOVE NETWORKS, INC.,

          Plaintiff,

vs.

LEOSTREAM CORPORATION, DAVID
CROSBIE, MICHAEL PALIN, and
BORIS BORUCHOVICH,

          Defendants.

Civil Action No. 04-10899-PBS

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of plaintiff, Groove Networks, Inc.

Respectfully submitted,

GROOVE NETWORKS, INC.

By their attorneys,

/s/Joshua C. Krumholz
Joshua C. Krumholz (BBO #557573)
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700 (Telephone)
(617) 523-6850 (Facsimile)
joshua.krumholz@hklaw.com

Dated:  January 3, 2007

# 4279067_v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on January 3, 2007.

/s/Joshua C. Krumholz
Joshua C. Krumholz (BBO #557573)

# 4279067_v1                                 2