UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GROOVE NETWORKS, INC.,

    Plaintiff,

vs.

LEOSTREAM CORPORATION, DAVID CROSBIE, MICHAEL PALIN, and BORIS BORUCHOVICH,

    Defendants.

Civil Action No. 04-10899-PBS

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL FOR PLAINTIFF GROOVE NETWORKS

Pursuant to Local Rule 83.5.2(c), undersigned counsel, Ben T. Clements, and Clements & Clements, LLP, hereby provide notice to the Court, counsel for the defendants, and to Groove Networks, Inc., of their withdrawal as counsel to Groove Networks in this matter. Contemporaneous with this motion, successor counsel with the law firm of Holland & Knight, are filing their appearance for Groove Networks. There are no motions pending, hearings or conferences scheduled, and no reports due.

Respectfully submitted,

*Ben T. Clements /JRS*
Ben T. Clements, BBO # 555802
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110
(617) 451-1800

# 4278440_v1

## CERTIFICATE OF SERVICE

I, Ben T. Clements, hereby certify that on this 3rd day of January, 2007, I caused a true and correct copy of the *Notice of Withdrawal of Appearance of Counsel for Plaintiff Groove Networks* to be served via first class mail upon all counsel of record.

_Ben T. Clements/JRS_
Ben T. Clements, BBO #555802