UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICROSOFT CORPORATION, as successor by merger to GROOVE NETWORKS, INC.,**<br><br>       **Plaintiff,**<br><br>vs.<br><br>**LEOSTREAM CORPORATION, DAVID CROSBIE, MICHAEL PALIN, and BORIS BORUCHOVICH,**<br><br>       **Defendants.** | **Civil Action No. 04-10899-PBS** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Microsoft Corporation, as successor by merger to Groove Networks, Inc., and Defendants Leostream Corporation, David Crosbie, Michael Palin, and Boris Boruchovich, hereby stipulate that all claims and counterclaims in this action be dismissed in their entirety, with prejudice and without right to appeal, and with each party to bear their own costs and attorneys fees.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MICROSOFT CORPORATION | LEOSTREAM CORPORATION, DAVID CROSBIE, MICHAEL PALIN, and BORIS BORUCHOVICH |
| By its attorneys: | By their attorneys: |
| /s/ Joshua C. Krumholz<br>Joshua C. Krumholz, BBO # 552573<br>Holland & Knigh LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116<br>(617) 523-2700 | /s/ Roy J. Coleman<br>Kirk Teska, BBO # 559192<br>Roy J. Coleman, BBO #652243<br>Iandorio, Teska & Coleman<br>260 Bear Hill Road<br>Waltham, MA 02451-1018<br>(781) 890-5678 |

Dated:  July 9, 2008

# 4888875_v4